NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KENNETH LESLIE CALDWELL,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2025-2014

---

Appeal from the United States Court of Federal Claims in No. 1:24-cv-02074-SSS, Judge Stephen S. Schwartz.

---

**ON MOTION**

---

PER CURIAM.

### O R D E R

Following the filing of his opening brief, Kenneth Leslie Caldwell moves to file a supplemental appendix.  We dismiss his appeal as frivolous.  *See* 28 U.S.C. § 1915(e)(2).

Mr. Caldwell filed a complaint at the United States Court of Federal Claims alleging numerous grievances in connection with his prior unsuccessful state and federal litigation.  *See Caldwell v. United States*, No. 2024-1102,

2024 WL 413456 (Fed. Cir. Feb. 5, 2024). The Court of Federal Claims dismissed, concluding that Mr. Caldwell failed to raise a non-frivolous claim against the United States arising under a money-mandating law.

We previously considered and rejected Mr. Caldwell's primary arguments in support of jurisdiction, including that the complaint's general reference to the Fifth Amendment was sufficient to confer jurisdiction. *Caldwell*, 2024 WL 413456, at 1 n.\*. To the extent he otherwise challenges decisions of state courts or federal courts, the Court of Federal Claims clearly lacks jurisdiction. *See United States v. Sherwood*, 312 U.S. 584, 588 (1941) ("[I]f the relief sought is against others than the United States the suit as to them must be ignored as beyond the jurisdiction of the [Court of Federal Claims]."); *Straw v. United States*, 4 F.4th 1358, 1362–63 (Fed. Cir. 2021) (noting this court has rejected claims requiring the Court of Federal Claims "scrutinize the actions of another" court (citation omitted)).

Accordingly,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) All pending motions are denied.

(3) Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

December 10, 2025
Date